RECEIVED

MAY 1 2 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

UNITED STATES OF AMERICA

VERSUS

81.57 ACRES OF LAND, MORE OR LESS,
SITUATED IN ST. MARTIN PARISH,
STATE OF LOUISIANA, AND EUGENE P. CELLA,
ET AL AND UNKNOWN OWNERS

CIVIL DOCKET NO. 01-912

JUDGE DOHERTY

MAGISTRATE JUDGE METHVIN

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Atchafalaya Basin Land Commission previously filed herein [Docs. 81 & 90], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering no objections to the Report and Recommendation have been filed into the record;

IT IS ORDERED that the value of the easements to be those reflected in the appraisal report dated effective May 16, 2001, by Max J. Derbes Appraisers, L.L.C., by and through Carr. T. Dowell, III, Louisiana State Certified General Real Estate Appraiser, and attached to document 90.

THUS DONE AND SIGNED at Lafayette, Louisiana, this __12__ day of May, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE